~~SEALED~~ CASE UNSEALED 2/27/13 KCM

FILED
13 FEB 14 PM 1:16
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ___ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. |
| Plaintiff, ) | |
| ) | **COMPLAINT FOR VIOLATION** |
| v. ) | |
| ) | Title 18, U.S.C. §1591(a) and (b)- |
| Narada Turail Cade, ) | Sex Trafficking of a Minor |
| Aka Polo ) | |
| ) | '13 MJ 0596 |
| Defendant. ) | |

The undersigned Complainant, being duly sworn, states:

On or about and between August 2012 and October 2012, within the Southern District of California, defendant Narada Turail Cade knowingly, in and affecting interstate and foreign commerce, did recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, to wit: Minor Female (MF – age 15), knowing and in reckless disregard of the fact that MF would be caused to engage in a commercial sex act, having had a reasonable opportunity to observe MF and knowing and in reckless disregard of the fact that MF had not attained the age of 18 years; in violation of Title 18, United States Code, Sections 1591(a) and (b).

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Manuel Ramirez
Special Agent
Homeland Security Investigations

Sworn to me and subscribed in my presence this 14th day of February, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

1

## STATEMENT OF FACTS

On November 27, 2012, an El Cajon Police Officer contacted L.P. (age 15) (hereinafter L.P.) at the Motel Six located on 550 Montrose Ave in El Cajon. The minor female was transported to the El Cajon Police Station where she was interviewed by El Cajon Police Detectives. During the interview L.P., identified a male named Narada Cade as her "pimp."

L.P. stated that she met Cade in August of 2012 at a trolley station in San Diego and soon began to date. Although L.P. was 15 years old, L.P. told Cade that she was 17 years old. After some time, Cade proposed to L.P. that she should engage in prostitution as an easy way to make money. Although L.P. was initially scared to engage in prostitution, Cade eventually convinced L.P. to work as a prostitute and posted L.P. on escort advertisement websites such as Backpage.com and My Redbook.com.

While Cade was L.P.'s "pimp", he created multiple online prostitution advertisements on Backpage.com and My Redbook.com offering L.P. as a "Big Booty Latina 100% Independent – 18". Homeland Security Investigations (HSI) Special Agents discovered multiple prostitution advertisements that included photographs of L.P. The advertisements contained a caption that read "Hey guys... My name is Anna Rose. I'm only seeing serious gentlemen. If you are out looking for a real sexy Latina girl well I'm the one for you. I don't play games and I never rush. I always keep it 100%, just come and see what I can do for you." and a contact number. L.P. provided Cade's email addresses, poloking253@gmail.com and poloking253@yahoo.com, as email addresses utilized by Cade. In addition, L.P. stated Cade utilizes the nickname "Polo."

In January 2013, HSI agents served an administrative subpoena to the Custodian of Records at Sprint for subscriber information relating to the contact

number listed on the prostitution advertisements containing photographs of L.P. The information returned by Sprint revealed the phone listed on the prostitution advertisements billed to Narada Cade.

On January 9, 2013, HSI served an administrative subpoena to the Custodian of Records at Backpage.com for information relating to the aforementioned prostitution ad postings. The information returned by Backpage.com revealed that 15-year old L.P. was posted on September 25, 2012, September 26, 2012, October 15, 2012 and October 29, 2012. Each of the prostitution ads described her as Anna Rose, 18 years of age, and featured from 4 to 5 actual photographs of L.P. A prostitution advertisement featuring L.P. was posted on backpage.com for the San Diego, California area September 25, 2012, September 26, 2012, October 15, 2012 and October 29, 2012.

In the subpoena return from Backpage.com, all of the aforementioned prostitution ads were associated to the email address pologoodgirls_5@yahoo.com. This email address was provided by the poster to Backpage.com as a contact email address.

On February 11, 2013, HSI agents obtained a hotel record from Extended Stay America Hotel the indicated Narada Cade was a guest utilizing hotel room 313 on October 6, 2012 to October 7, 2012. Cade provided phone number 619-647-2573 and email address poloking253@gmail.com to Extended Stay America Hotel in San Diego, CA. These hotels were identified by L.P. as hotels she had been at while working as a prostitute for Cade.

### Request for Sealing

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and

3

related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.

Manuel Ramirez
Special Agent
Homeland Security Investigations